UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TROY CAMERON, *et al.*,

      Plaintiff,

v.

CAROL HOWES, *et al.*,

      Defendants.

      Case No. 1:10-CV-539

      Hon. Gordon J. Quist

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Plaintiffs on August 7, 2012. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 6, 2012, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants Prison Health Services, Inc., Dr. Raymond Gelabert and Margaret Ouellette's Motion For Summary Judgment (docket no. 65) is **GRANTED**, and Plaintiffs' complaint is **dismissed without prejudice** for failure to exhaust administrative remedies.

A separate judgment will issue.

This case is **concluded**.

Dated: August 24, 2012

      /s/ Gordon J. Quist
      GORDON J. QUIST
      UNITED STATES DISTRICT JUDGE